Fred L. Clark, a minor, by Flora Clark, his mother and next friend, Plaintiff-Appellant, v. Rockford Yellow Cab & Transfer Co., Ralph Calvert, Joseph Sciame, and Anthony Sciame, Defendants, Rockford Yellow Cab & Transfer Co., and Anthony Sciame, Appellees.

Gen. No. 10,980.

Second District.

August 27, 1957.

Released for publication September 13, 1957.

John R. Snively, for appellant; Frank P. North and Maynard & Maynard, for appellee. Opinion by JUSTICE CROW. Not to be published in full.